## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Crailar Inc.,<br><br>Debtor. | C/A No. 15-06243-DD<br><br>Chapter 15<br><br>**ORDER AND NOTICE OF HEARING** |

On November 20, 2015, Crailer, Inc. ("Debtor") filed a petition under chapter 15 of the bankruptcy code for recognition of a foreign proceeding ("Petition"). Pursuant to Fed. R. Bankr. P. 2002(q)(1), the clerk, or some other person as the court may direct, shall provide certain notice in connection with a petition filed under chapter 15.

**IT IS THEREFORE ORDERED** that the foreign representative is directed to provide the notice mandated by Fed. R. Bankr. P. 2002(q)(1) on the hearing on the Petition to the parties stated therein by no later than 5:00 p.m. on Tuesday, November 24, 2015. An affidavit or certificate of such service shall be filed no later than 5:00 p.m. on Wednesday, November 25, 2015. A hearing will be held on the Petition on December 21, 2015, at 2:00 p.m. at the United States Bankruptcy Court, J. Bratton Davis United States Bankruptcy Courthouse, 1100 Laurel Street, Columbia, South Carolina.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**11/23/2015**



David R. Duncan
Chief US Bankruptcy Judge
District of South Carolina

Entered: 11/23/2015